January 28, 2014



# JUDGMENT
## The Fourteenth Court of Appeals

_____

PAREX RESOURCES, INC. AND RAMSHORN INTERNATIONAL LIMITED, Appellants

NO. 14-13-00043-CV                    V.

ERG RESOURCES, LLC, Appellee

_____

This cause, an appeal from two interlocutory orders disposing of special appearances, signed January 3, 2013, was heard on the transcript of the record. We have inspected the record and find error in one of the orders and no error in the other order, holding as follows:

(1) We **REVERSE** the trial court's order denying Parex Resources, Inc.'s special appearance and **RENDER** judgment dismissing for want of jurisdiction ERG Resources, LLC's claims against Parex Resources, Inc.; and

(2) We **AFFIRM** the trial court's order denying Ramshorn International Limited's special appearance and remand for further proceedings consistent with our opinion.

We order Ramshorn International Limited and ERG Resources, LLC, jointly and severally, to pay all costs incurred in the appeal of cause number 14-13-00043-CV, except that any costs incurred which applied jointly to both cause number 14-13-00043-CV and companion cause number 14-13-00073-CV shall be paid one-third (1/3) by Ramshorn International Limited and two-thirds (2/3) by ERG Resources, LLC.

We further order this decision certified below for observance.